NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LARRYEL LANIER WILLIAMS,          )
                                  )
          Appellant,              )
                                  )
v.                                )          Case No. 2D17-396
                                  )
STATE OF FLORIDA,                 )
                                  )
          Appellee.               )
_____   )


Opinion filed September 12, 2018.

Appeal from the Circuit Court for Pinellas
County; Nancy Moate Ley, Judge.

Howard L. Dimmig, II, Public Defender,
and J. L. Perez, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Linsey Sims-Bohnenstiehl,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


          Affirmed.


NORTHCUTT, VILLANTI, and ATKINSON, JJ., Concur.